**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CLYDE S. GREEN, JR.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  24-22320JKS

HEARING DATE:  02/27/2025

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The Trustee did not receive the required documentation in advance of the 341 meeting.  Therefore, a meaningful 341 could not be conducted.  The case will be presented for dismissal at confirmation.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  January 22, 2025

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee